UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DAVID AYUSO,

           Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,
           Defendant.
-----------------------------------------------------------X

19 CIVIL 4477 (PED)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 8, 2020, that the decision of the Commissioner of Social Security is reversed and that this action is remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
       January 9, 2020

                              **RUBY J. KRAJICK**
                              **Clerk of Court**
BY:
                              **Deputy Clerk**